# COMPLAINT/REMOVAL DISMISSAL

**United States District Court**
**Southern District of New York**

Mag. Judge Dkt. No. 19-MJ-1388            Date 2-18-20

USAO No. 2019R00191

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint ___ Removal Proceedings in

United States v. Jesus Sanchez

The Complaint/~~Rule 40 Affidavit~~ was filed on _____

✓ U.S. Marshals please withdraw warrant.

_____
ASSISTANT UNITED STATES ATTORNEY

Alison G. Moe
(Print name)

**SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

2·18·20
DATE

Distribution:  White → Court    Yellow → U.S. Marshals    Green → Pretrial Services    Pink → AUSA Copy